UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on December 6, 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 1:20-MJ-00184 |
| | : | |
| | : | VIOLATION: |
| PASCALE CECILE VERONIQUE FERRIER, | : | |
| | : | 18 U.S.C. § 871(a) |
| | : | (Threatening to Kill and Injure |
| | : | the President of the United States) |
| Defendant. | : | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about September 18, 2020, **PASCALE CECILE VERONIQUE FERRIER** did knowingly and willfully deposit for conveyance in the mail a letter addressed to and intended for receipt by the President of the United States in the District of Columbia, containing threats to take the life of and to inflict bodily harm upon the President of the United States, and did knowingly and willfully otherwise make such threats, specifically, to poison and shoot the President of the United States.

**(Threatening to Kill and Injure the President of the United States**, in violation of Title 18, United States Code, Section 871(a))

A TRUE BILL

FOREPERSON

Michael R. Sherwin
Attorney of the United States in
and for the District of Columbia