

EXP FRS
1050 Lib. Av.
SHERBRC 33yeY6
CANADA

DONALD J. TRUMP
THE WHITE HOUSE
1600 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20500
USA

2009110124
38881 H4T

485
SEP 17 2020

CANADA

PENGAD 800-631-6989
GOVERNMENT EXHIBIT
1

He[...]

I FOUND A NEW NAME FOR YOU:
"THE UGLY TYRANT CLOWN"
I HOPE YOU LIKE IT.
YOU RUIN USA AND LEAD THEM TO DISASTER.
I HAVE US COUSINS, THEN I DON'T WANT
THE NEXT 4 YEARS WITH YOU AS PRESIDENT,
GIVE UP AND REMOVE YOUR APPLICATION FOR
THIS ELECTION.

SO I MADE A "SPECIAL GIFT" FOR YOU TO HELP
YOU TO MAKE A DECISION. THIS GIFT IS IN THIS
LETTER.
IF IT DOESN'T WORK, I'LL FIND A BETTER RECIPE
FOR ANOTHER PERSON, OR I MIGHT USE MY GUN WHEN
I'LL BE ABLE TO COME.
ENJOY!

FREE REBEL SPIRIT