UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on January 28, 2021

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 1:20-CR-00202 (DLF) |
| v. | |
| | VIOLATIONS: |
| | 18 U.S.C. § 871(a) |
| PASCALE CECILE VERONIQUE FERRIER, | (Threatening to Kill and Injure the President of the United States) |
| | 18 U.S.C. § 875(c) |
| Defendant. | (Threats in Interstate Communications) |
| | 18 U.S.C. § 175(a) |
| | (Prohibitions with Respect to Biological Weapons) |

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about September 18, 2020, **PASCALE CECILE VERONIQUE FERRIER** did knowingly and willfully deposit for conveyance in the mail a letter addressed to and intended for receipt by the President of the United States in the District of Columbia, containing threats to take the life of and to inflict bodily harm upon the President of the United States, and did knowingly and willfully otherwise make such threats, specifically, to poison and shoot the President of the United States, all in violation of Section 871(a) of Title 18 of the United States Code.

**(Threatening to Kill and Injure the President of the United States**, in violation of Title 18, United States Code, Section 871(a))

## COUNT TWO

On or about September 18, 2020, within the District of Columbia and elsewhere, the defendant, **PASCALE CECILE VERONIQUE FERRIER**, knowingly and willfully did transmit in interstate and foreign commerce a communication, a letter, containing a threat to injure the person of another, to wit, then-President of the United States Donald J. Trump, specifically to poison and shoot the President of the United States, all in violation of Section 875(c) of Title 18 of the United States Code.

(**Threats in Interstate Communications**, in violation of Title 18, United States Code, Section 875(c))

## COUNT THREE

On or about September 18, 2020, within the District of Columbia and elsewhere, the defendant, **PASCALE CECILE VERONIQUE FERRIER**, did knowingly develop, produce, stockpile, transfer, acquire, retain, and possess, and attempted to develop, produce, stockpile, transfer, acquire, retain, and possess, a biological agent, toxin, and delivery system, for use as a weapon, to wit, ricin, which was sent in an envelope addressed to the White House in the District of Columbia, all in violation of Section 175(a) of Title 18 of the United States Code.

(**Prohibitions with Respect to Biological Weapons**, in violation of Title 18, United States Code, Section 175(a))

A TRUE BILL:

FOREPERSON.

*Channing D. Phillip /dc*
Attorney of the United States in
and for the District of Columbia