

He[...],

I FOUND A NEW NAME FOR YOU: "THE UGLY TYRANT CLOWN". I HOPE YOU LIKE IT.
YOU RUIN USA AND LEAD THEM TO DISASTER. I HAVE US COUSINS, THEN I DON'T WANT THE NEXT 4 YEARS WITH YOU AS PRESIDENT. GIVE UP AND REMOVE YOUR APPLICATION FOR THIS ELECTION.
SO I MADE A "SPECIAL GIFT" FOR YOU TO HELP YOU TO MAKE A DECISION. THIS GIFT IS IN THIS LETTER. IF IT DOESN'T WORK, I'LL FIND A BETTER RECIPE FOR ANOTHER POISON, OR I MIGHT USE MY GUN WHEN I'LL BE ABLE TO COME. ENJOY!

FREE REBEL SPIRIT