726 Exchange St, Suite 400
Buffalo, New York 14210



U.S. Customs and
Border Protection

September 20th, 2020

MEMORANDUM FOR: Watch Commander Andrews, Port Of Buffalo, NY

FROM: CBP Officer ▮▮▮▮
Customs and Border Protection Officer
Port of Buffalo, NY

SUBJECT: FERRIER, Pascale (DOB: ▮▮▮▮ COC: CAN)

On September 20th, 2020, I was assigned to secondary inspection duties at the Peace Bridge, Port of Entry, Buffalo, NY from 0800hrs to 1600hrs. At approximately 1200 HRS, I was stationed at primary booth nine (9) for primary inspection duties.

At approximately 1230 HRS, I noticed a white Honda vehicle (no license plate on front) proceed down the pre-primary inspection area and stop. After several failed attempts to wave the vehicle to my inspection booth, I decided to approach the vehicle. The vehicle contained one (1) occupant and no passengers. I asked the driver of the vehicle if everything was okay to which she replied "No, I'm wanted by the FBI for the ricin envelope." At this point, I called a 10-22 secure escort for the subject and vehicle. I extracted the subject from the vehicle and immediately placed handcuffs on the subject. At approximately 1235 HRS, CBPO ▮▮▮▮ and assisted with securing the subject. Before an immediate pat down was performed, I asked the subject if she had any weapons or firearms on her person or in the vehicle to which she replied, "I have a firearm in my front waistband." At this time the firearm was removed by CBPO ▮▮▮▮ determined to be loaded and cleared. The firearm was escorted into the secondary inspection area by SCBPO ▮▮▮▮

At 1236 HRS, I escorted into the secondary inspection area and remained in CBP custody throughout the duration of the encounter. The subject was placed in detainment cell 3 at approximately 1245 HRS. A pat down was authorized by SCBPO ▮▮▮▮ and performed by CBPO ▮▮▮▮, witnessed by CBPO ▮▮▮▮

I performed secondary weapons queries on the Kel-Tec 9mm with negative results

If you have any questions, please contact CBPO ▮▮▮▮