Larkin at Exchange
726 Exchange St, Suite 400
Buffalo, New York 14210



U.S. Customs and
Border Protection

09/20/2020

MEMORANDUM FOR:    WC Andrews Port of Buffalo, NY

FROM:    CBP Officer ███████
Customs and Border Protection Officer
Port of Buffalo, NY

SUBJECT:    FERRIER, Pascale Cecile Veronique (DOB: 05/08/1967; COC: Canada)

I, CBPO A████████ am typing for Special Agent ████████ of the United States Secret Service out of the Buffalo Field Office.

On September 20th, 2020, I interviewed Pascale Cecile Veronique FERRIER with HSI Special Agent ████████ in Holding Cell #3. During the course of the interview, FERRIER admitted to sending letters with ricin. She stated that she sent these letters to Texas and the White House. She further stated that these letters had been recently covered in newspapers. FERRIER stated that the ricin was homemade and that she made it at her Canadian residence. FERRIER further stated that she has no more ricin at her residence, on her person, or in her vehicle.

Special Agent ████████