## Northern Neck Regional Jail
## Disciplinary Offense Report

| | |
|---|---|
| Disciplinary # | 00007580 |
| Inmate Number | 00049254 |
| Inmate Name | VERONIQUE-FERRIER, PASCALE CECILE |
| Cell Assignment | Q-04 |

| | |
|---|---|
| Employee Name | CHATHAM |

### Offense Details

**Offenses**

| Offense Type | Offense Code | Description |
|---|---|---|
| Major | 214 | Gather around or approach any person in a threatening or intimidating manne |

| | |
|---|---|
| Offense Date Time | 11/10/2020 22:30 |
| Location Type | Pod |
| Location Description | Q-POD |

**Offense Details**

Inmate approached me in aggressive manner

### Pre-Hearing Disposition

| | |
|---|---|
| PreHearing Action | |
| PreHearing Dt/Tm | |
| Detention Authorized ☐ | |

| | |
|---|---|
| Evidence Disposition | |
| Hearing Date set for: | 11/18/2020 00:00 |

_____   I waive my right to appear at the Adjustment Hearing to present my case. (Mark Yes or No)

_____   I waive my right to call witnesses. (Mark Yes or No)

List Witnesses (if any requested)

**Witnesses**

| Inmate # | Name |
|---|---|
| | |

_____ I request staff or inmate assistance. (Mark Yes or No)

_____  I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set ASAP. (Mark Yes or No)

_____ I am requesting a penalty offer.  (inmate has 24 hours from receipt of this notice to request penalty offer) (Mark Yes or No)

Inmate Signature   _____       Date of Service _____

_____     _____ Inmate refuses to sign "preliminary hearing notification

1st. Witness :_____

2nd. Witness: _____

Reporting Officer Signature_____       Date of Report_____

Serving Officer Signature_____       Date of Service_____

Shift Supervisor Signature  _____       Date of Review_____

## Northern Neck Regional Jail

## Disciplinary Offense Report

| | |
|---|---|
| Disciplinary # | 00007582 |
| Inmate Number | 00049254 |
| Inmate Name | VERONIQUE-FERRIER, PASCALE CECILE |
| Cell Assignment | BK-H2 |
| Offense Date Time | 11/11/2020 06:20 |
| Location Type | **Other** |
| Location Description | BOOKING |
| Offense Details | |

Employee Name: JACKSON

### Offense Details

**Offenses**

| Offense Type | Offense Code | Description |
|---|---|---|
| Major | 119 | Spitting or throwing food, liquids, bodily waste, or other substance at or |
| Major | 201 | Disobey a direct order |
| Major | 205 | Delay, hinder, or interfere with employee in performance of duty |

119- Inmate in charged with throwing a tray.
201- Inmate is charged with disobeying an three orders to cuff up.
205- Inmate is charged with delaying diabetic call.

### Pre-Hearing Disposition

PreHearing Action

PreHearing Dt/Tm

Detention Authorized ☐

Evidence Disposition

Hearing Date set for:    12/01/2020 00:00

_____    I waive my right to appear at the Adjustment Hearing to present my case. (Mark Yes or No)

_____    I waive my right to call witnesses. (Mark Yes or No)

List Witnesses (if any requested)

**Witnesses**

| Inmate # | Name |
|---|---|

_____ I request staff or inmate assistance. (Mark Yes or No)

_____ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set ASAP. (Mark Yes or No)

_____ I am requesting a penalty offer.  (inmate has 24 hours from receipt of this notice to request penalty offer) (Mark Yes or No)


   Inmate Signature     _____          Date of Service _____

_____       _____ Inmate refuses to sign "preliminary hearing notification

            1st. Witness :_____

            2nd. Witness: _____

Reporting Officer Signature_____          Date of Report_____

Serving Officer Signature_____          Date of Service_____

Shift Supervisor Signature  _____          Date of Review_____

# Northern Neck Regional Jail
## Disciplinary Offense Report

| | | | |
|---|---|---|---|
| Disciplinary # | 00007643 | | |
| Inmate Number | 00049254 | | |
| Inmate Name | VERONIQUE-FERRIER, PASCALE CECILE | Employee Name | HALL |
| Cell Assignment | G-14 | | |

### Offense Details

| | |
|---|---|
| Offense Date Time | 11/21/2020 12:00 |
| Location Type | **Pod** |
| Location Description | G POD |

**Offenses**

| Offense Type | Offense Code | Description |
|---|---|---|
| Major | 201 | Disobey a direct order |
| Major | 205 | Delay, hinder, or interfere with employee in performance of duty |
| Major | 213 | Fail to follow institutional count procedures or interfere with lockdown p |
| Major | 220 | Repeated or habitual violation of minor rules |

### Offense Details

Inmate refused to stand for count.
Inmate refused direct orders.
Inmate delayed our duties by being passive aggressive and refusing to cuff.
Inmate has done these things repeatedly see past incident reports

### Pre-Hearing Disposition

| | |
|---|---|
| PreHearing Action | |
| PreHearing Dt/Tm | |
| Evidence Disposition | |
| Hearing Date set for: | 12/02/2020 00:00 |

Detention Authorized ☐

_____   I waive my right to appear at the Adjustment Hearing to present my case. (Mark Yes or No)

_____   I waive my right to call witnesses. (Mark Yes or No)

List Witnesses (if any requested)

**Witnesses**

| Inmate # | Name |
|---|---|

_____ I request staff or inmate assistance. (Mark Yes or No)

_____  I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set ASAP. (Mark Yes or No)

_____ I am requesting a penalty offer.  (inmate has 24 hours from receipt of this notice to request penalty offer) (Mark Yes or No)

    Inmate Signature    _____          Date of Service _____

_____          _____ Inmate refuses to sign "preliminary hearing notification

           1st. Witness :_____

           2nd. Witness: _____

Reporting Officer Signature_____          Date of Report_____

Serving Officer Signature_____          Date of Service_____

Shift Supervisor Signature   _____          Date of Review_____

| | | | | |
|---|---|---|---|---|
| Incident Report # | 00025703 | | Reporting Officer | ASHLEY, SKYLAR |
| Case Nbr | 01103020202 | | Location Type | Pod |
| Incident DateTime | 10/30/2020 11:30 | | Location | O-POD |
| Incident Type | GENERAL INCIDENT | | | |

Billing Agency

Medical Att. Required ☐

### Inmates Involved

| Inmate # | Name |
|---|---|
| 00049254 | VERONIQUE-FERRIER, PASCALE CECILE |

### Employees Involved

| Name |
|---|
| ASHLEY, SKYLAR |

☐ Use of Force Required

**Type of Force**

| Name | Force | Note |
|---|---|---|

☐ Use of Restraints Required

**Type of Restraints**

| Name | Restraint | Note |
|---|---|---|

Narrative

On the above date and approximate time inmate above refused to stand for count, she will lose her hour out on 10\31\2020. Cpl. Ashley was advised. End of report.

Reporting Officer: _____       Shift Supervisor: _____

Chief of Security: _____       Department Head: _____

Department Supervisor: _____       Major's Review: _____

_____
Superintendent (if use of force)

| | | | | |
|---|---|---|---|---|
| Incident Report # | 00025704 | | Reporting Officer | HALL, DANIEL |
| Case Nbr | 01103020202 | | Location Type | Pod |
| Incident DateTime | 10/30/2020 11:30 | | Location | O-POD |
| Incident Type | GENERAL INCIDENT | | | |

Billing Agency

Medical Att. Required ☐

### Inmates Involved

| Inmate # | Name |
|---|---|
| 00049254 | VERONIQUE-FERRIER, PASCALE CECILE |

### Employees Involved

| Name |
|---|
| ASHLEY, SKYLAR |

☐ Use of Force Required

**Type of Force**

| Name | Force | Note |
|---|---|---|

☐ Use of Restraints Required

**Type of Restraints**

| Name | Restraint | Note |
|---|---|---|

Narrative

On the above date and approximate time inmate above refused to stand for count, she will lose her hour out on 10\31\2020. Cpl. Ashley was advised. End of report.

Reporting Officer: _____

Chief of Security: _____

Department Supervisor: _____

_____
Superintendent (if use of force)

Shift Supervisor: _____

Department Head: _____

Major's Review: _____

| | |  | | |
|---|---|---|---|---|
| Incident Report # | 00025789 | | Reporting Officer | CHATHAM, W |
| Case Nbr | 11110202001 | | Location Type | Pod |
| Incident DateTime | 11/10/2020 22:30 | | Location | Q-POD |
| Incident Type | PHYSCIAL ALTERCATIONS | | | |

Billing Agency

Medical Att. Required ☑

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00049254 | VERONIQUE-FERRIER, PASCALE CECILE |

## Employees Involved

| Name |
|---|
| |

☑ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|
| VERONIQUE-FERRIER, PASCALE CECILE | Verbal | |
| VERONIQUE-FERRIER, PASCALE CECILE | Physical | |

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

### Narrative

On the above date and approximate time, I, Lt. Chatham, entered Q-Pod and advised the above named inmate to move from the bottom bunk she was in to a boat. Inmate Veronique-Ferrier grabbed the boat and began to pull it away from me. Inmate Veronique-Ferrier began to yell at me and approached me in a aggressive manner. I then placed Inmate Veronique-Ferrier on the floor and escorted her to a booking cell. EOR

Reporting Officer: _____    Shift Supervisor: _____

Chief of Security: _____    Department Head: _____

Department Supervisor: _____    Major's Review: _____

_____

Superintendent (if use of force)

| | | | |
|---|---|---|---|
| Incident Report # | 00025792 | Reporting Officer | JACKSON, ASHLEIGH |
| Case Nbr | 4111120201 | Location Type | Other |
| Incident DateTime | 11/11/2020 06:20 | Location | BOOKING |
| Incident Type | DISTRUPTIVE BEHAVIOR | | |
| | | Billing Agency | U.S. Marshal - DC District |

Medical Att. Required ☑

### Inmates Involved

| Inmate # | Name |
|---|---|
| 00049254 | VERONIQUE-FERRIER, PASCALE CECILE |

### Employees Involved

| Name |
|---|
| TAYLOR, CALEB |
| HALL, DANIEL |
| BALL, JOHNTIEUS |

☑ Use of Force Required

#### Type of Force

| Name | Force | Note |
|---|---|---|
| VERONIQUE-FERRIER, PASCALE CECILE | Verbal | |
| VERONIQUE-FERRIER, PASCALE CECILE | Physical | |

☑ Use of Restraints Required

#### Type of Restraints

| Name | Restraint | Note |
|---|---|---|
| VERONIQUE-FERRIER, PASCALE CECILE | HandCuffs | |

**Narrative**

On the above date and approximate time, I was the A/B Building Float Officer. I was exiting Q-Pod after I served their trays and as I entered Booking I saw that the above named inmate had thrown her tray across the room. When I asked her why she threw it, she simply stated, "I'm pissed off." After trays, Officer Hall and I entered Booking to remove the two mats that Inmate Veronique-Ferrier had, she ignored all three direct orders that were given to cuff up. The above named Officers and I entered Booking to remove the mats, Inmate Veronique-Ferrier cuffed up without incident but when I went to remove my cuffs Inmate Veronique-Ferrier became resistant. The necessary force was used to gain compliance and retrieve the restraints. Charges to follow. End of Report.

Reporting Officer: _____    Shift Supervisor: _____

Chief of Security: _____    Department Head: _____

Department Supervisor: _____    Major's Review: _____

_____

00005 SYDNOR                                              05/24/2021 12:28                                              Page: 1

Superintendent (if use of force)

| | | | |
|---|---|---|---|
| Incident Report # | 00025877 | Reporting Officer | HALL, DANIEL |
| Case Nbr | 4112120204 | Location Type | Pod |
| Incident DateTime | 11/21/2020 12:00 | Location | G POD |
| Incident Type | DISTRUPTIVE BEHAVIOR | | |
| | | Billing Agency | |

Medical Att. Required ☑

### Inmates Involved

| Inmate # | Name |
|---|---|
| 00049254 | VERONIQUE-FERRIER, PASCALE CECILE |

### Employees Involved

| Name |
|---|
| JACKSON, ASHLEIGH |
| HERNANDEZ, ADRIANA |

☑ Use of Force Required

#### Type of Force

| Name | Force | Note |
|---|---|---|
| VERONIQUE-FERRIER, PASCALE CECILE | Verbal | |
| VERONIQUE-FERRIER, PASCALE CECILE | Physical | RESISTIVE |

☑ Use of Restraints Required

#### Type of Restraints

| Name | Restraint | Note |
|---|---|---|
| VERONIQUE-FERRIER, PASCALE CECILE | HandCuffs | |

Narrative

On the above date and approximate time the Inmate above refused to stand for count and deemed fit taking property would be better then charges. So the above named officers and myself went to take property. Upon trying to retrieve the property Inmate above was given three direct orders to cuff up since in previous property retrieval she has become combative, Inmate above refused all three orders. The force necessary was used to gain compliance. After property was taken Inmate above stood in the door way and refused to let the door shut, Inmate above was again given three direct orders to move she refused all three. At this time force necessary to gain compliance was again used, Inmate above was assisted on to the wall with clear instruction not to move until the above officers and myself exited the pod. Inmate above will be side by medical during pill call. Charges to follow. End of report.

Reporting Officer: _____   Shift Supervisor: _____

Chief of Security: _____   Department Head: _____

Department Supervisor: _____   Major's Review: _____

_____

Superintendent (if use of force)

| | | | | |
|---|---|---|---|---|
| Incident Report # | 00027142 | | Reporting Officer | TAYLOR, TYLER |
| Case Nbr | 4050820211 | | Location Type | Other |
| Incident DateTime | 05/08/2021 14:47 | | Location | MAGISTRATE OFFICE |
| Incident Type | DISTRUPTIVE BEHAVIOR | | | |
| | | | Billing Agency | |

Medical Att. Required ☑

### Inmates Involved

| Inmate # | Name |
|---|---|
| 00049254 | VERONIQUE-FERRIER, PASCALE CECILE |

### Employees Involved

| Name |
|---|
| LAWSSR, CHRISTOPHER |

☑ Use of Force Required

#### Type of Force

| Name | Force | Note |
|---|---|---|
| VERONIQUE-FERRIER, PASCALE CECILE | Verbal | |
| VERONIQUE-FERRIER, PASCALE CECILE | Physical | |

☐ Use of Restraints Required

#### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

Narrative

On the above date and approximate time, I was coming by Main Control. I seen Inmate Veronique standing at magistrate window with Officer Laws Sr. refusing to go back to her assigned unit. I gave the above named inmate three direct orders to return to her housing unit or sit in Booking to cool off. She refused stating, "I'm mad and I'm not going anywhere going to stand here and feel the breeze." I then used only the necessary force to place her in a bent wrist escort hold. I then escorted the above named inmate to Q-Pod. The above named inmate will be seen by Medical at diabetic call. End of report.

Reporting Officer: _____

Chief of Security: _____

Department Supervisor: _____

Shift Supervisor: _____

Department Head: _____

Major's Review: _____

Superintendent (if use of force)

| | | | | |
|---|---|---|---|---|
| Incident Report # | 00027148 | | Reporting Officer | LAWSSR, CHRISTOPHER |
| Case Nbr | 050820211 | | Location Type | Building |
| Incident DateTime | 05/08/2021 14:47 | | Location | B SIDE HALLWAY |
| Incident Type | DISTRUPTIVE BEHAVIOR | | | |
| | | | Billing Agency | |

Medical Att. Required ☑

### Inmates Involved

| Inmate # | Name |
|---|---|
| 00049254 | VERONIQUE-FERRIER, PASCALE CECILE |

### Employees Involved

| Name |
|---|
| TAYLOR, TYLER |

☑ **Use of Force Required**

#### Type of Force

| Name | Force | Note |
|---|---|---|
| VERONIQUE-FERRIER, PASCALE CECILE | Physical | |

☐ **Use of Restraints Required**

#### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

**Narrative**

On the above date and approximate time, I was taking the above named inmate back to Q Pod. As we walked passed Main Control, the above named inmate stopped in the hallway and stated that "she was mad and wasn't going back to Q Pod. Lt. Taylor arrived and advised the above named inmate that she could either go back to the pod or sit in Booking to calm down. She then stated that "she wasnt going back to the pod and was going to stay in the hallway" The least amount of force necessary was used to gain compliance and the above named inmate was taken back to Q Pod. End of report.

Reporting Officer: _____

Shift Supervisor: _____

Chief of Security: _____

Department Head: _____

Department Supervisor: _____

Major's Review: _____

_____
Superintendent (if use of force)