FD-302 (Rev. 5-8-10)



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry     03/16/2021

On 03/12/2021, writer conducted an initial review of Northern Neck Regional Jail telephone recordings (███████████████████) of PASCALE CECILE VERONIQUE FERRIER made from 2/5/2021 to 3/5/2021. There were 17 total recordings: 10 in English; and 7 in French.

**English recordings**:

2/5/2021 19:03hrs, number called ███████ (cellular telephone of ███████████████████, recording length 16 seconds. FERRIER left a voice mail. The call was difficult to understand partially due to background noise picked up by FERRIER's microphone and from FERRIER's heavy accent. FERRIER addressed ███████ by name and threatened to kill her.

2/8/2021 22:18hrs, number called ███████████, recording length 5 seconds. FERRIER left a voice mail. The call was mostly unintelligible due to low volume of the recorded voice and from FERRIER's heavy accent.

2/9/2021 19:12hrs, number called ███████████, recording length 5 seconds. FERRIER left a voice mail. FERRIER stated, "Final countdown, day two."

2/12/2021 19:29hrs, number called (███████████, recording length 10 seconds. FERRIER left a voice mail. The call was difficult to understand partially due to FERRIER's heavy accent and some of the recording was unintelligible. FERRIER stated, "Hi ███████, final countdown, day five..."

2/13/2021 21:10hrs, number called ███████████, recording length 6 seconds. FERRIER left a voice mail. FERRIER stated, "Final countdown, day six."

2/15/2021 22:10hrs, number called ███████████, recording length 9 seconds. FERRIER left a voice mail. The call was difficult to understand

---

| Investigation on | 03/12/2021 | at | DC, Washington, United States (In Person) |
|---|---|---|---|

| File # | ███████████████████ | | Date drafted | 03/12/2021 |
|---|---|---|---|---|

by  KURY JOHN P

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

partially due to FERRIER's heavy accent. The last few words of the recording were unintelligible. FERRIER stated, "Final countdown, day eight. I hope you enjoy your last..."

2/17/2021 20:17hrs, number called ▮▮▮▮▮▮▮▮, recording length 9 seconds. FERRIER left a voice mail. The call was difficult to understand partially due to FERRIER's heavy accent. The last few words of the recording were unintelligible. FERRIER stated, "Final countdown, day ten..."

2/19/2021 17:14hrs, number called ▮▮▮▮▮▮▮▮, recording length 9 seconds. FERRIER left a voice mail. The call was difficult to understand partially due to FERRIER's heavy accent. The last few words of the recording were unintelligible. FERRIER stated, "Final countdown, day twelve..."

2/21/2021 19:30hrs, number called (▮▮▮▮▮▮▮▮, recording length 7 seconds. FERRIER left a voice mail. The call was difficult to understand partially due to FERRIER's heavy accent. The last few words of the recording were unintelligible. FERRIER stated, "Final countdown, day..."

2/22/2021 18:37hrs, number called (▮▮▮▮▮▮▮▮, recording length 14 seconds. FERRIER left a voice mail. The call was difficult to understand partially due to FERRIER's heavy accent. The last few words of the recording were unintelligible. In the call, FERRIER stated, "Hi ▮▮▮▮...," *unintelligible*, "but it doesn't mean you are safe. You won't be able to use...," *unintelligible*, "Final countdown, day fifteen."

**French recordings**: Writer coordinated with the WFO Foreign Language Program for translation of the recordings from French to English (FBI Language Services Management System portal: E-Doc ID:1306659).

List of all the recordings is as follows:

PASCALE VERONIQUE-FERRIER

| call time | called party | dur (secs) | Lang |
|---|---|---|---|
| 2/5/2021 19:03 | ▮▮▮ | 16 | English |
| 2/8/2021 22:18 | ▮▮▮ | 5 | English |
| 2/9/2021 10:52 | ▮▮▮ | 651 | French |
| 2/9/2021 19:12 | ▮▮▮ | 5 | English |
| 2/10/2021 22:02 | ▮▮▮ | 900 | French |

369B-WF-3320773

Continuation of FD-302 of (U) Review of FERRIER Jail Calls, 2-5-2021 to 3-5-2021 , On 03/12/2021 , Page 3 of 3

| Date/Time | | Duration | Language |
|---|---|---|---|
| 2/12/2021 19:29 | ███ | 10 | English |
| 2/13/2021 21:10 | ███ | 6 | English |
| 2/15/2021 20:17 | ███ | 384 | French |
| 2/15/2021 22:10 | ███ | 9 | English |
| 2/17/2021 20:17 | ███ | 9 | English |
| 2/19/2021 17:14 | ███ | 9 | English |
| 2/21/2021 14:40 | ███ | 900 | French |
| 2/21/2021 19:30 | ███ | 7 | English |
| 2/22/2021 18:37 | ███ | 14 | English |
| 2/22/2021 20:12 | ███ | 770 | French |
| 2/26/2021 20:28 | ███ | 866 | French |
| 3/2/2021 16:02 | ███ | 797 | French |