# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | **Criminal No.: 20-cr-00202 (DLF)** |
| v. : | |
| : | |
| **PASCALE CECILE VERONIQUE** : | |
| **FERRIER,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Having considered the United States of America's motion for a competency examination and hearing (Dkt No. 21), defendant Pascale Ferrier's memorandum in opposition (Dkt No. 24), the United States' reply brief (Dkt No. 25), representations made by the attorneys for the parties at a hearing on January 7, 2022, the United States' supplemental brief (Dkt No. 28), the defendant's reply to the supplement and subsequent notice of filing (Dkt Nos. 29, 30), and representations made by the attorneys for the parties at a hearing on February 1, 2022, it is hereby,

ORDERED that the defendant be examined by Dr. Theresa Grant, a psychologist for the District of Columbia Department of Behavioral Health, Pretrial and Assessment Branch ("DBH"), for the purpose of a forensic psychiatric screening for a preliminary assessment of the defendant's competency to stand trial; and it is further,

ORDERED that the DBH submit a report to the Court as to whether the defendant is presently suffering from a mental disease or defect rendering her mentally incompetent to stand trial, i.e. unable to understand the nature and consequences of the proceedings against her and to properly assist in the preparation of her defense; and it is further,

ORDERED that examination and the presentation of the report be completed at the earliest

1

convenience of the DBH, and the Court requests that the examination be completed on or around February 10, 2022, if possible; and it is further,

ORDERED that the defendant be transported to any secure designated location selected by Dr. Grant and the DBH for purposes of conducting the examination, at the date and time established by Dr. Grant and the DBH.

The United States' motion for a competency examination and hearing (Dkt No. 21) remains pending before the Court.

IT IS SO ORDERED.

February 3, 2022

_____
Hon. Dabney L. Friedrich
United States District Judge