IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: 1:20-cr-202 (DLF) |
|  | : |  |
|  | : | 18 U.S.C. § 175(a) |
| v. | : |  |
| PASCALE CECILE VERONIQUE FERRIER, | : |  |
| Defendant. | : |  |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Pascale Cecile Veronique Ferrier, with the concurrence of her attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

1. The defendant is a 55-year-old citizen of Canada and France.

2. On March 12, 2019, the defendant was placed under arrest by law enforcement officers in Mission, Texas, for violating a city ordinance. Law enforcement seized a loaded firearm and a false identification document from the defendant's person during the arrest. The defendant was detained in the State of Texas pending criminal charges and pursuant to an immigration detainer for approximately the next two months. The defendant was held at three detention facilities in the State of Texas: (a) the Hidalgo County Adult Detention Center; (b) the

1

Brooks County Detention Center; (c) the El Valle Detention Facility. The defendant was released from custody on or around May 24, 2019, after the criminal charges were dismissed and authorities determined that the immigration detainer was no longer justified. The defendant subsequently returned to Canada.

3. The defendant resided in Quebec, Canada, in September 2020. The defendant had prepared and kept in her residence a handwritten list of eight individuals that she believed to be connected to her detention in the State of Texas in 2019, along with addresses connected to those individuals. The list of names and addresses included: (a) the Chief of Police of the Mission Police Department; (b) three law enforcement officers associated with the Hidalgo County Adult Detention Center (a Sergeant and two Corporals); (c) the Sheriff of Hidalgo County; (d) the Warden of the Brooks County Detention Center; (e) the Sheriff of Brooks County; and (f) the Deputy Warden of the El Valle Detention Facility.

4. The defendant's handwritten list of names and addresses also included a ninth individual: then-President Donald J. Trump, with a listed address at the White House in Washington, D.C. On or around September 9, 2020, the defendant used her Twitter social media account to express that she "agree[d]" with another Twitter user who had proposed that someone should "please shoot [T]rump in the face." The defendant's social media posting described then-President Trump as "the ugly tyrant clown" and included "#killtrump," the hashtag used by the original poster.

5. In or around September 2020, the defendant made homemade ricin toxin at her residence in Quebec, Canada, using ingredients including castor beans. Ricin toxin is a deadly poison made from the waste material left over from processing castor beans. Ricin can be made in powder form. Ricin causes toxicity by preventing cells in an exposed individual from making

proteins, without which the cells die.  Ricin is a "toxin" as that term is used in 18 U.S.C. § 175(a) and as defined in 18 U.S.C. § 178(2).

6. In early September 2020, the defendant wrote and addressed by hand a letter to each of the nine individuals identified in paragraphs three and four above – the eight individuals that the defendant believed were connected to her detention in the State of Texas in 2019, and then-President Trump.  Each letter referred to a "special gift" for the recipient, which was described as being "in this letter."  Each letter stated that "[i]f it doesn't work, I will find a better recipe for another poison."  Each letter (with the exception of the one addressed to the Deputy Warden of the El Valle Detention Facility) added, "or I might use my gun when I will be able to come."  Each letter accused the intended recipient of either being an "ugly tyrant clown" (Trump), responsible for "tyrants" under their command (Mission Police Chief, Brooks County Sheriff, Warden of Brooks County Detention Center, Hidalgo County Sheriff), a member of a "gang" of "tyrants" (law enforcement officials associated with Hidalgo County Detention Center), or of being part of a "[d]ictatorships' system" (Deputy Warden of the El Valle Detention Facility).  Each letter ended with, "Enjoy!"

7. The letter addressed to then-President Trump additionally stated: "You ruin USA and lead them to disaster.  I have US cousins, then I don't want the next 4 years with you as President.  Give up and remove your application for this election!"

8. The defendant placed homemade ricin toxin power and the hand-written letter in each of the envelopes.  The defendant placed a stamp on each envelope and addressed each envelope according to the addresses on the handwritten list.  The defendant mailed each envelope from Quebec, Canada, to the United States.

9. The nine envelopes were received and opened from on or around September 14-21, 2020, in the State of Texas and in Washington, D.C. On September 18, 2020, the United States Secret Service notified the Federal Bureau of Investigation of the letter addressed to the White House. Special weapons of mass destruction coordinators and hazardous material experts were required to deploy to various locations where the letters were received, due to the presence of the ricin toxin powder in the envelopes. After investigation, the letters were sent to a special facility in the State of Maryland for safety and for further testing.

10. On September 20, 2020, the defendant drove a car from Canada to the Peace Bridge Border Crossing in Buffalo, New York. When asked by border officials whether she was okay, the defendant replied that she was wanted by the FBI for the ricin letters. The defendant was in possession of a loaded firearm, hundreds of rounds of ammunition, two knives, a stun gun, pepper spray, a truncheon, and a false identification document.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   \_\_\_\_\_/MJF/_____
Michael J. Friedman
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, Pascale Cecile Veronique Ferrier, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 12/20/2022

Pascale Cecile Veronique Ferrier
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 12/20/2022

Eugene Ohm
Attorney for Defendant