UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                  )<br>)<br>PASCALE FERRIER                  )<br>) | Case: 20-cr-000202 (DLF) |

**SUPPLEMENT TO PASCALE FERRIER'S**
**MEMORANDUM IN AID OF SENTENCING**

    Pascale Ferrier, hereby supplements her Memorandum in Aid of Sentencing, ECF 54 with Exhibit K.

    Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

1

```
Record of:      Pascale Ferrier                                GEORGETOWN UNIVERSITY
ID::            844729728                                  OFFICE OF THE UNIVERSITY REGISTRAR
                                                               WASHINGTON, D.C. 20057
                                                                    (202)687-4020

Send To:   GEORGETOWN UNIVERSITY
```



```
Date of Birth:    08-May

Course Level:     Undergraduate
---------------------------------------------------------------------
Entering Program:
      Georgetown College
      Non-degree Undergrad. Program
      Major: Undeclared
Subj  Crs  Title                       Crd   Grd   Pts   R
------------------- Spring 2022 -------------------
BIOL  099  Seeing our World as         3.00  A     12.00
           Scientists
UNXD  430  Just Mercy                  1.00  S      0.00
Subj  Crs  Title                       Crd   Grd   Pts   R
------------------- Summer 2022 -------------------
SOCI  001  Introduction to             3.00  A     12.00
           Sociology
WRIT  011  Life Writing                1.00  A      4.00
Subj  Crs  Title                       Crd   Grd   Pts   R
------------------- Fall 2022 -------------------
ECON  001  Econ Principles Micro       3.00  A     12.00
GOVT  2219 Prisons and Punishment      3.00  A     12.00
SOCI  2901 Methods of Social           3.00  A     12.00
           Research
WRIT  015  Writing and Culture         3.00  A     12.00
           First Honors
Subj  Crs  Title                       Crd   Grd   Pts   R
------------------- Spring 2023 -------------------
HIST  382  DC Noir: Msc,Af Am Cul      3.00  A-    11.01
           & Strgl
PHIL  150  Philosophy of Critical      3.00  A     12.00
           Thinkin
SOCI  1722 Understanding Social        3.00  A     12.00
           Problems
---------------- Transcript Totals ----------------
             EHrs    QHrs    QPts    GPA
Current      9.00    9.00   35.01   3.890
Cumulative  29.00   28.00  111.01   3.964
----------- End of Undergraduate Record -----------
```