# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | Case No:   20-cr-00202 (DLF) |
| v. | : | Case No:   23-cr-00028 (DLF) |
| | : | |
| **PASCALE CECILE VERONIQUE FERRIER,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Notice of Filing and the attached exhibit containing stipulated judicial order of removal documents.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Michael Friedman
MICHAEL FRIEDMAN
Special Assistant United States Attorney
New York Bar No. 4297461
555 4th Street, N.W.
Washington, D.C. 20530
202-252-6765
Michael.Friedman@usdoj.gov